# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2013

146773 & (80)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

BP1, L.L.C.,
      Plaintiff-Appellee,
and

MV BLOOMFIELD, L.L.C.,
      Appellant,

v

SC: 146773
COA: 312579
Oakland CC: 2009-099741-CZ

DDR CORPORATION f/k/a DEVELOPERS
DIVERSIFIED REALTY CORPORATION,
COVENTRY II DDR BLOOMFIELD, L.L.C.,
COVENTRY REAL ESTATE FUND II, L.L.C.,
and COVENTRY II DDR HARBOR
BLOOMFIELD PHASE 1, L.L.C.,
      Defendants.

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the January 18, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2013

_____
Clerk

t0422